IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW, | No. C 09-00077 CW (PR) |
| Petitioner, | ORDER TO SHOW CAUSE; VACATING ORDER GRANTING IN FORMA PAUPERIS STATUS; AND ADDRESSING PENDING MOTION |
| v. | |
| ROBERT K. WONG, Warden, | |
| Respondent. / | |

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also filed a motion for leave to proceed <u>in forma pauperis</u> (IFP) and a motion for appointment of counsel.

In an Order dated February 2, 2009, the Court denied his motion for appointment of counsel and granted his motion for leave to proceed IFP.  However, the Court's records indicate that Plaintiff actually paid the full filing fee of $5.00 on January 15, 2009.  <u>See</u> Receipt no. 54611004527.  Therefore, the Court's Order granting IFP status to Petitioner is VACATED, and the directive that he pay the full filing fee is RESCINDED.

On February 19, 2009, Petitioner filed a "Motion to Request for Ruling Based on Misconduct of the State of California," in which he challenges the conditions of his confinement at the Santa Clara County Jail stemming from an incident on February 17, 2009. A federal habeas petition is not the proper way to raise such claims.  <u>See</u> <u>Badea v. Cox</u>, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action proper method of challenging conditions of confinement).  Accordingly, Petitioner's "Motion to Request for

**United States District Court**
For the Northern District of California

1  Ruling Based on Misconduct of the State of California" is DENIED.

2  His claims attacking the conditions of his confinement are more

3  appropriately addressed in a civil rights complaint pursuant to 42

4  U.S.C. § 1983.   Therefore, if Petitioner wishes to pursue such

5  claims, he may do so by filing a new civil rights action

6  accompanied by the requisite $350.00 filing fee or an IFP

7  application.

8       The Court now reviews the pending habeas petition in this

9  action.   It does not appear from the face of the petition that it

10  is without merit.   Good cause appearing, the Court hereby issues

11  the following orders:

12       1.   The Court's February 2, 2009 Order granting IFP status to

13  Petitioner is VACATED, and the directive that he pay the full

14  filing fee is RESCINDED.

15       2.   Petitioner's "Motion to Request for Ruling Based on

16  Misconduct of the State of California" is DENIED.   If Petitioner

17  wishes to pursue his claims attacking the conditions of his

18  confinement at the Santa Clara County Jail, he may do so by filing

19  a new civil rights action accompanied by the requisite $350.00

20  filing fee or an IFP application.   The Clerk of the Court shall

21  send Petitioner a blank civil rights form and a blank IFP

22  application along with his copy of this Order.

23       3.   The Clerk of the Court shall serve a copy of this Order

24  and the petition and all attachments thereto upon Respondent and

25  Respondent's attorney, the Attorney General of the State of

26  California.   The Clerk shall also serve a copy of this Order on

27  Petitioner at his current address.

28

**United States District Court**
For the Northern District of California

1    4.   Respondent shall file with this Court and serve upon

2  Petitioner, within <u>one-hundred twenty (120) days</u> of the issuance of

3  this Order, an Answer conforming in all respects to Rule 5 of the

4  Rules Governing Section 2254 Cases, showing cause why a writ of

5  habeas corpus should not be issued.  Respondent shall file with the

6  Answer a copy of all portions of the relevant state records that

7  have been transcribed previously and that are relevant to a

8  determination of the issues presented by the petition.

9    5.   If Petitioner wishes to respond to the Answer, he shall

10  do so by filing a Traverse with the Court and serving it on

11  Respondent within <u>sixty (60) days</u> of his receipt of the Answer.

12  Should Petitioner fail to do so, the petition will be deemed

13  submitted and ready for decision <u>sixty (60) days</u> after the date

14  Petitioner is served with Respondent's Answer.

15    6.   Respondent may file a motion to dismiss on procedural

16  grounds in lieu of an Answer, as set forth in the Advisory

17  Committee Notes to Rule 4 of the Rules Governing Section 2254

18  Cases.  If Respondent files such a motion, Petitioner shall file

19  with the Court and serve on Respondent an opposition or statement

20  of non-opposition to the motion within <u>sixty (60) days</u> of receipt

21  of the motion, and Respondent shall file with the Court and serve

22  on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any

23  opposition.

24    7.   It is Petitioner's responsibility to prosecute this case.

25  Petitioner must keep the Court and Respondent informed of any

26  change of address and must comply with the Court's orders in a

27  timely fashion.  Petitioner must also serve on Respondent's counsel

28

3

all communications with the Court by mailing a true copy of the

document to Respondent's counsel.

   8.   Extensions of time are not favored, though reasonable

extensions will be granted.  Any motion for an extension of time

must be filed no later than ten (10) days prior to the deadline

sought to be extended.

   9.   The Clerk of the Court is directed to substitute San

Quentin State Prison Warden Robert K. Wong as Respondent in place

of Petitioner's former custodian, Chief Flores at the Santa Clara

County Jail.

   10.   This Order terminates Docket no. 9.

   IT IS SO ORDERED.

Dated:  6/30/09                    _____

                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

4

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

JOHN SHAW,

4                                                          Case Number: CV09-00077 CW

Plaintiff,

5                                                          **CERTIFICATE OF SERVICE**

v.

6

STATE OF CA et al,

7

Defendant.

8 _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11 That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15 John  Shaw G60830                    w/CR form
San Quentin State Prison

16 Badger Unit 143
San Quentin,  CA 94974

17

Attorney General

18 State of California
455 Golden Gate Avenue, #11000

19 San Francisco, CA  94102

20 Robert K. Wong, Warden
San Quentin State Prison

21 San Quentin,  CA 94974

22

Dated: June 30, 2009

23                                           Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk

24

25

26

27

28

5